FILED

2012 Oct-22  PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ALBERT VEAL, JR., on behalf of himself and all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | **CIVIL ACTION NO.: 2:12-cv-00801-IPJ** |
| **v.** | ) ) | |
| **CITRUS WORLD, INC.,** | ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiff John Albert Veal, Jr. (hereinafter "Veal") hereby amends his Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure with consent of the Defendant.  *See* Exhibit A.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiff Veal, through his undersigned counsel, brings this nationwide class action, on behalf of himself and all others similarly situated, against defendant, Citrus World, Inc. (hereinafter "Florida's Natural").  Plaintiff seeks redress for Florida's Natural's breach of contract and breach of warranty regarding certain orange juice products sold by it.

## I.    PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Veal is an adult resident citizen of Shelby County, Alabama.

2.     Citrus World, Inc. is a Florida corporation that produces and sells orange juice under its division, Florida's Natural Growers, using the name, Florida's Natural throughout the country, including in this State, district, and division.  Florida's Natural can be served through its registered agent, William J Hendry, 20205 Highway 27, Lake Wales, FL. 33853-3025.

3.     This is a class action with class members located throughout the United States.  Less than one-third of the class members reside in Alabama.  At least one class member is a citizen of a state different from Defendants.  The amount in controversy exceeds $5,000,000.00 (five million dollars) exclusive of interest and costs.  Accordingly, diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(d) (as modified by the Class Action Fairness Act of 2005).

4.     Venue is proper under 28 U.S.C. §1391, since the events giving rise to the named plaintiff's claims occurred within this judicial district and division and since defendant is subject to the personal jurisdiction of this Court.

## II.     NATURE OF THE CASE

5.     This is a putative class action on behalf of Veal and a class of all others similarly situated against the defendant Florida's Natural.

6.     Florida's Natural produces, markets, and sells orange juice under the trademark Florida's Natural.

7.     Florida's Natural's orange juice is sold as pure 100% orange juice.

2

8.     Despite this claim of pure 100% orange juice, the orange juices are heavily processed, stored, and flavored before they are sold to the plaintiff and class members.  The defendant's orange juices are not "fresh," "squeezed," or "100% orange juice;" but rather a product of industrial processing and laboratory-flavored juices.

9.     Large productions of orange juice like the defendant's cannot be made fresh because it has a short shelf-life.  Mingua Jia, Q. Zhang, H., Min, D., *Pulsed Electric Field Processing Effects on Flavor Compounds and Microorganisms of Orange Juice*, 65 Food Chemistry 445-51 (1999).

10.    Florida's Natural is not just orange juice, but rather is an extensively processed and flavored beverage.

11.    Moreover, the orange oil, pulp, orange essence, and chemically-engineered flavoring that Florida's Natural adds to its juice during processing are not merely "incidental additives," but are instead ingredients that cause the basic composition of Florida's Natural to be significantly different from the basic composition of pure, natural, freshly-squeezed orange juice.  Furthermore, these ingredients serve a technical function in Florida's Natural, which includes rendering the juice drinkable again after being de-oiled, deaerated, pasteurized, and otherwise processed, and creating a uniform flavor year round.  Even though

Florida's Natural adds these ingredients to Florida's Natural, nowhere on the product label does Florida's Natural disclose the addition.

12.     Florida's Natural's representations that Florida's Natural is "Squeezed From Our Fresh Oranges," "NOT FROM CONCENTRATE," "100% Pure Florida Orange Juice," "100% Orange Juice," and "Florida's Natural" pertain to the composition, attributes, characteristics, and value of its Florida's Natural.  *See* Exhibit B.

13.     Because these representations do not accurately portray the composition, attributes, characteristics and value of Florida's Natural, Plaintiff Veal and other members of the Class purchased products that they would not have purchased or paid more than they otherwise would have been willing to pay if the Florida's Natural they purchased had not been mislabeled.

**A.     Florida's Natural Is Extracted At Massive Processing Plants**

14.     Florida's Natural has never advertised or shown pictures of the massive orange juice tankers that carry millions of gallons of orange juice cargo in enormous cylindrical tanks, much less revealed its dependence upon them and their cargo.  During the Class Period, Florida's Natural included juice extracted from various types of sweet oranges that were processed at massive orange juice processing plants in Florida.  These orange juice processing plants utilize juice

extraction equipment, which is controlled by computers in an essentially automated process.

15.     Reaming systems recover orange juice by reaming.  The reamers and cups are mounted in a vertical plane.  The reamer heads are attached to turning shafts on the two faces of a revolving cylindrical drum.  A feed wheel transfers oranges past a knife, which halves each fruit, into a chain of cups.  The cups deliver the orange halves to the reamers, the juice is collected beneath the reamers, and the reamed half-peels are ejected from the cups by a device called a kicker, which fits into a slot in the cups.  There are two product streams recovered at the juice extractor:  the pulpy juice and the peel residue.  These streams are recovered beneath the extractor lines for further processing.  The extracted juice stream goes to a primary finisher with a larger-hole screen size to separate the pulpy juice from the membranes, rags, and seeds.  The pulpy juice stream goes to another finisher with a smaller screen to effect separation of the juice and pulp.

16.     Extractors operate on the principle of instantaneous separation by squeezing the juice from the fruit.  The extractors are arranged in rows.  The upper and lower cups start to converge upon an orange held by the extractor.  The upper and lower cups cut two holes in the fruit and continue converging until the peel is separated from the fruit.  Peeled fruit is then squeezed into a strainer tube, which separates juice from seeds and the rest of the fruit.

17.    Because the fruit must be peeled carefully before the juice is extracted to eliminate peel oil in the juice, which is not commercially possible at the massive facilities where Florida's Natural is extracted, the usual industrial practice is to remove excess oil during a separate de-oiling step.

### B.    "Squeezed From Our Fresh Oranges,""100% Pure Florida Orange Juice," "100% Orange Juice," and "Natural" Orange Juice Is Not De-Oiled

18.    Florida's Natural endeavors to maximize juice yield from its oranges. Consequently, the juice ends up with too much peel oil.

19.    Because peel oil can reduce the quality of Florida's Natural, Florida's Natural removes excess peel oil by vacuum stripping or de-oiling centrifuges.

20.    Florida's Natural, however, removes more oil than may otherwise be necessary so that it can add back its desired flavoring and standardize the taste of Florida's Natural.

### C.    "Squeezed From Our Fresh Oranges,""100% Pure Florida Orange Juice," "100% Orange Juice," and "Natural" Orange Juice Does Not Undergo Deaeration

21.    "Air is naturally present in the intercellular spaces of fruits. During fruit maceration, homogenization, and juice extraction cells are crushed, the cell wall is disrupted and air is mixed into the juice.  Air can be present as dissolved gas in solution or associated with the pulp particles, for example, in orange juice. During cell disruption, metabolites and enzymes that are normally

compartmentalized are mixed, producing chemical and biochemical reactions. Oxygen in air, present in the spaces between the juice vesicles, and from the surroundings, saturates the juice producing oxidation reactions that often result in browning, changes in aroma, and loss of nutritional value. These reactions are exacerbated by the increase in temperature during pasteurization and reduce the overall quality of the product during storage." R. Garcia-Torres, N.R. Ponagandla, R.L. Rouseff, R.M. Goodrich-Schneider & J.I. Reyes-De-Corcuera, *Effects of Dissolved Oxygen in Fruit Juices and Methods of Removal*, 8 Comprehensive Rev. in Food Sci. & Food Safety 409 (2009) ("*Effects of Dissolved Oxygen in Fruit Juices*").

22.    Because oxygen reduces the quality of stored orange juice, Florida's Natural subjects its juice to a deaeration process that removes dissolved oxygen from the juice.

23.    Florida's Natural deliberately fails to mention that after being squeezed from oranges, its Florida's Natural undergoes deaeration, which strips the juice of oxygen, so it does not oxidize.

24.    Flash or vacuum deaeration is the most common method of deaeration in the citrus industry. This method of deaeration "performs the dual role of removing oxygen and removing excess peel oil from orange juice before pasteurization. This operation is called 'flash deaeration' because of the sudden

decrease in pressure that preheated juice undergoes as it enters the deaeration tank, producing a practically instantaneous separation." *Effects of Dissolved Oxygen in Fruit Juices*, 8 Comprehensive Rev. in Food Sci. & Food Safety at 417.

25.     Significantly, when orange juice is stripped of oxygen it is also stripped of important volatile compounds that provide flavor and aroma.

26.     To ensure a high elimination of dissolved oxygen, Florida's Natural preheats its Florida's Natural before deaeration.  Heating orange juice further alters its flavor and reduces its aromatic quality.

### D.     "Squeezed From Our Fresh Oranges,""100% Pure Florida Orange Juice," "100% Orange Juice," and "Natural" Orange Juice Is Not Pasteurized and Then Stored for up to One Year

27.     Florida's Natural is also pasteurized to improve its shelf life, but the improved shelf life comes at the expense of the delicate flavor and aromatic quality of the juice.

28.     Pasteurization, a form of thermal processing, reduces, inactivates, or eliminates enzyme and microbial activity in orange juice in order to extend its shelf-life, but also further reduces aroma and flavor qualities, and produces undesirable off-flavor and off-odor compounds.

29.     Pasteurization profoundly effects aroma composition and can create off-flavors or their precursors from Maillard, Strecker, and acid-catalyzed hydration reactions.

30.     Heating causes irreversible damage to the flavor of orange juice.

31.     Numerous tests have revealed the effect of pasteurization on the aromatic composition of orange juice and the decrease in the amounts of important flavor and aroma compounds like acetaldehyde, ethyl butyrate, and hexanal. Finally, aroma and flavor volatiles are further altered by storage.  In fact, increased storage time leads to a decrease in sweet odor, strength of the orange odor, sweet flavor, sour flavor, and orange aftertaste, and increases off-flavors and off-odors.

32.     While pushing the purity and simplicity of the product, Florida's Natural fails to disclose to consumers that its product may be made from orange juice that has been stored for a year or more at a temperature of 30 degrees in multimillion-gallon tanks at a tank farm with precise nitrogen blanketing and mixing.  It has been reported that tanks have been used for over 4 years without being cleaned or re-sterilized.  This extended stopover between orange grove and the consumer's glass is never mentioned in Florida's Natural's advertising.

33.     "There has been no technological breakthrough or identification of flavor constituents that would enable thermally pasteurized juice or reconstituted concentrate to taste exactly like fresh juice. . . . It may be simply stated that heating irreversibly and negatively alters juice flavor, so that it no longer has the aroma and character of fresh juice."  Dan Kimball, Mickey E. Parish & Robert Braddock,

*Oranges and Tangerines, Processing Fruits*, SCIENCE AND TECHNOLOGY 630 (Diane M. Barret et al. eds., 2d ed., 2004).

34.     These are not sophisticated scientific tenets and Florida's Natural understands that pasteurization changes physical and chemical properties of orange juice; heat drives off volatiles, altering the original flavor of the fresh orange juice; and increased storage time and temperature conditions of storage can cause orange juice to deteriorate in taste and nutritional value.

35.     Pasteurization is neither the only, nor necessarily the most transformative step in Florida's Natural's production of Florida's Natural.

36.     Prior to storage in the aseptic tanks Florida's Natural is often heated again and is regularly heated once more before it is packaged.  Florida's Natural does this notwithstanding its knowledge that the more Florida's Natural is heated the more its flavor is depleted.

### E.     "Squeezed From Our Fresh Oranges,""100% Pure Florida Orange Juice," "100% Orange Juice," and "Natural" Orange Juice Is Not Processed with Chemically-Engineered Flavoring

37.     Pure, freshly-squeezed orange juice smells and tastes fresh naturally. After the volatiles are stripped away from the orange juice and it is processed, however, the remaining Florida's Natural is essentially an insipid, sugary, orange liquid that lacks the flavor and aroma of orange juice.

38.    Orange volatile flavor components can be separated into one of two broad categories:  (i) the oil-soluble constituents in peel oil and in juice oil, and (ii) the water-soluble constituents present in the juice.

39.    The majority of the characteristic flavor of freshly-squeezed orange juice comes from the water-soluble components found in the juice sacs.  These components are lost during processing, deaeration, pasteurization, and long-term storage.

40.    Without the addition of flavoring and aroma, Florida's Natural would not only be unappealing to consumers, but also nearly undrinkable.

41.    To restore this liquid to a saleable product, and unbeknownst to reasonable consumers, Florida's Natural re-flavors the product through the addition of chemically-engineered flavoring.

42.    The flavorings added by Florida's Natural are unnatural and are scientifically produced and designed in laboratories by chemists, food scientists, and flavorists.

43.    The process of creating an objective flavor by blending various natural and/or synthetic aromatic materials is called formulation.  Relying on olfaction and years of training and education, flavorists and perfumers select and blend numerous aromatic compounds for Florida's Natural in conformity with its

needs and product concepts to develop flavoring so that Florida's Natural will have a flavor that includes three different building blocks:

- Top Note – the top note of flavors is composed of aroma components that volatilize rapidly and have lower flavor retention.  Top note defines the first impression of the flavor.

- Middle Note – the middle note of flavors consists of aroma components that subsequently volatilize and have moderate flavor retention, and also forms the main body of the flavor.

- Base Note – the base note is a class of residual aroma components that volatilize very slowly and can linger for long periods of time.  The base note contributes to determine aroma properties of the flavor.

44.    During pasteurization and deaeration, the components that compose the top note and middle note are lost from Florida's Natural.  Florida's Natural understands that for Florida's Natural to have a refreshing and juicy character, it needs to have a strong top note.

45.    Flavorists and chemically-engineered flavorings, not the grower in the grove or the fruit itself, give Florida's Natural its distinctive taste.  Thus, the distinctive taste of Florida's Natural is a product of science (*i.e.*, chemically-engineered flavoring), not the fruit.

46.    The flavorings that Florida's Natural adds to Florida's Natural are scientifically engineered from synthetic (*i.e.*, extraneous) and natural sources in predetermined chemical formulations.  These flavorings serve a technical function in Florida's Natural because they cause its chemical composition to be significantly different from that of freshly-squeezed orange juice.  The scientifically-engineered flavorings added to Florida's Natural are not "incidental additives."  Rather, these flavorings constitute additional ingredients – ingredients not disclosed to consumers such as Plaintiffs and other members of the proposed classes.

47.    Further, peel oil and orange essence are added to Florida's Natural at levels significantly in excess of those found in raw, freshly-squeezed orange juice. Peel oil and orange essence are thus ingredients added to Florida's Natural, not merely "incidental additives."

48.    Florida's Natural adds the chemically-engineered flavorings to provide and intensify aromas and flavors; to supply flavors and aromas that are lost during processing; and to suppress or mask undesired flavors that are created during processing and long-term storage.

49.    Flavorists process orange oils into various types of flavor materials with different levels of notes, flavor intensity, stability, and functionality, which enable the characteristic flavor of Florida's Natural to be maintained at all times.

50.     Flavorists use microbiological and enzymatic processes to convert limonene and other peel oil compounds into other flavor compounds.

51.     Similarly, flavor components can be obtained by removing terpene hydrocarbons from the recovery essence oil by distillation or extraction. This process is also not natural.

52.     Flavorists specially design chemically-engineered flavorings that include water-soluble liquid flavors or emulsified flavors to satisfy Florida's Natural's specific needs and requirements.

53.     Emulsified flavors are obtained by adding water and emulsifiers and stabilizers to a flavor base, followed by homogenization.  Emulsified flavors do not dissolve, but disperse.  To ensure their dispersion state for a long time, the specific gravity of the emulsified flavors is adjusted to a value comparable to Florida's Natural.

54.     Flavorists design the chemically-engineered flavorings to emphasize and highlight certain aromas and flavors associated with orange juice by fractionating orange oil and essence into individual components, reformulating them, and blending them in varying mixtures.  The aroma and flavoring added to Florida's Natural bear little resemblance to the natural orange oil and essence that leaves the juice during deaeration or that is altered during pasteurization or storage because of flavor interactions that occur during flavoring.

55.    Florida's Natural also uses chemically-enhanced flavorings to improve the flavor and aroma of lower quality juice.

56.    Florida's Natural's distinctive taste is the product of a recipe created by scientists and flavorists that is not a product of nature.  Such a recipe cannot accurately be described as "Pure" and is certainly not "Squeezed From Our Fresh Oranges" or "Natural" orange juice.

### F.    Volatile Compounds That Are Critical to Orange Juice Flavor and Aroma Exist in Vastly Differing Concentrations in Florida's Natural Than They Do in Fresh Orange Juice

57.    Although no single volatile can be considered a character impact compound, it is generally accepted that fresh orange flavor and aroma are the result of a collection of aroma active volatiles present in low concentrations, and it is fairly well accepted that total aldehydes and esters play an important role in orange juice flavor.

58.    Aldehydes are found at high concentration in fresh orange juice. Aldehydes, however, are so chemically reactive that thermal processing alters their concentrations.

59.    For example, studies have shown that thermal processing reduces acetaldehyde.  Acetaldehyde is the major volatile aldehyde present in orange juice and studies have also shown that it is a major contributor to the fresh, pungent odor quality of freshly-squeezed orange juice.

60.     Similarly, esters are another group of chemical compounds that provide important flavor and aroma components for freshly squeezed orange juice. Total ester concentration has also been suggested as a measure of orange aqueous essence strength and quality.

61.     Ethyl butyrate, also known as ethyl butanoate, is one of the most intense odorants in orange juice and it is fairly well accepted that it is the single most important ester in orange juice.

62.     Florida's Natural adds high concentrations of specific chemical compounds to highlight the flavor of Florida's Natural.

63.     Florida's Natural adds ethyl butyrate to Florida's Natural because it provides the "freshest" characteristics to Florida's Natural.  But the addition of ethyl butyrate, which is water-soluble, dilutes Florida's Natural.

64.     Hydrocarbons are another chemical compound whose concentration is low in freshly-squeezed orange juice, but vastly greater in Florida's Natural's highly-processed Florida's Natural.

65.     The simple addition of orange peel oil to Florida's Natural would not create Florida's Natural's distinctive flavor or mask the effects of the juice's extensive processing because more than 90% of the peel oil consists of terpene hydrocarbons, mainly limonene, but terpene hydrocarbons provide very limited flavor and aroma in orange juice.

66.     For example, limonene, the most prevalent terpene hydrocarbon, has little, if any, direct flavor or aroma impact because of its high odor thresholds.

67.     Moreover, while limonene is a major constituent in processed orange juice, including Florida's Natural, its concentration in freshly-squeezed orange juice is much lower because of the elevated levels of peel oil that are introduced into the juice during commercial juice extraction.

68.     The mixture of volatile compounds with aroma activity is responsible for the characteristic aroma of orange juice.

> ## G.     Florida's Natural Adds Back a Greater Volume of Volatile Compounds and/or Better Quality Volatile Compounds to Processed Orange Juice to Create Florida's Natural

69.     Florida's Natural adds aroma and flavoring to Florida's Natural – the addition of which serves a technical function – to provide its processed orange juice an aromatic and flavor profile closer to fresh juice and to mask the effects of processing and storage.

70.     Irrespective of the time of year, Florida's Natural tastes the same even though it is made from different varieties and blends of oranges that ripen at different times of the year because Florida's Natural uses added flavoring to maintain product consistency to address variations in the quality, variety, source, and ratios of oranges used (*e.g*., Valencia, Hamlin or Pera).

71.     Florida's Natural adds back a greater volume of volatile compounds or better quality volatile compounds to Florida's Natural in order to restore flavoring lost by the deleterious effects of processing and long-term storage; create Florida's Natural's signature flavor; and ensure consistent taste and quality.

72.     Thus, the addition of chemically-engineered flavoring to Florida's Natural is not done in connection with "efficient processing" of the orange juice because the ingredients added to Florida's Natural exist at levels significantly in excess of those found in unadulterated, freshly-squeezed orange juice.

73.     Florida's Natural fails to mention that its use of chemically-engineered flavoring is what makes Florida's Natural taste "fresh" and masks the effects of processing and storage.

74.     To the contrary, Florida's Natural falsely claims that Florida's Natural is not flavored and deliberately omits any reference to Florida's Natural's use of or reliance upon chemically-engineered flavorings that are not grown in an orange grove and which are designed by flavorists, even though these flavorings are an ingredient in Florida's Natural.

75.     Florida's Natural does not disclose to consumers on its labeling or mention in its advertising that its Florida's Natural is dependent upon and enhanced by added flavoring and aroma.  In fact, Florida's Natural states just the

opposite. Florida's Natural expressly advertises on its website that Florida's Natural is "right-from-the-grove, fresh-squeezed taste" and nothing is added.

76. Florida's Natural also claims on its website that the quality, flavor, and characteristics of Florida's Natural are due to their process in which "the fruit is squeezed, the juice is pasteurized and then packaged," which is a far cry from the reaming and extraction methods actually used.

77. Reasonable consumers desirous of 100% pure and fresh squeezed orange juice have been deceived into purchasing Florida's Natural because Florida's Natural does not disclose its use of chemically-engineered flavoring.

78. Chemically-engineered flavorings, which are made from processed orange oil and essence, are not "processing aids" or "incidental additives" as those terms are defined by the United States Food and Drug Administration ("FDA") because they are added in levels that are significantly different from the levels at which they would be present in raw orange juice, they are derived in part from synthetic (*i.e.*, extraneous) sources, and they serve a technical function.

### H.   Orange Oil and Orange Essence Are Not Incidental Additives

79. A 1993 FDA ruling confirmed that orange oil and essence do not qualify as "incidental additives" under an exemption because oils and essence are added to fruit juice for the purposes of fulfilling certain technical functions such as

achieving uniform quality and organoleptic properties, and the level of use of the added ingredients is not insignificant.  58 Fed. Reg. 2850 (Jan. 6, 1993).

80.    Chemically-engineered flavorings should not be added to Florida's Natural unless they are clearly identified on the product label.  By failing to identify the inclusion of chemically-engineered flavorings while including descriptors such as "Squeezed From Our Fresh Oranges,""100% Pure Florida Orange Juice," "100% Orange Juice," and "Florida's Natural," the labeling, advertisements, and marketing materials for Florida's Natural are deceptive and misleading.

## I.    Flavor Is the Most Important Quality Criterion for Consumers

81.    Flavor has the strongest effect on quality impressions by consumers. Similarly, added flavorings are second only to added coloring in the disapproval they engender in consumers.

82.    Flavor, more than any other quality criterion for food or beverages, has a double meaning:  it represents both substance content and physical properties. It plays a central role in enhancing the value and appeal of Florida's Natural.

83.    Florida's Natural understands that flavor guides consumers' purchasing decisions and their willingness to pay for a product.  It also understands by experience that when flavor expectations are met or exceeded, they generate

repeat sales and foster consumer loyalty.  Thus, a clear, consistent product flavor is crucial for Florida's Natural to ensure consumer satisfaction and maintain the appeal of Florida's Natural.

84.    Processing the orange juice extends the shelf-life, but has negative impacts on the flavor, aroma, and nutritional value.  Jordan, M.J., Goodner, K.L., Laencina, J., *Deaeration and Pasteurization Effects on the Orange Juice Aromatic Fraction*, 36 Lebensm-Wiss. U. Technol. 391-96 (2003).

85.    Defendant in producing its orange juices uses processing to extend the shelf-life of their products.  They additionally add additives such as "flavor packs" for flavor and aroma.  As a result, their orange juice products are not fresh, squeezed 100% orange juice, but laboratory-created products.

86.    Defendant knows that consumers prefer fresh and natural products, and will pay higher prices for products that are fresh, squeezed 100% orange juice. Despite heavily processing the orange juice and adding flavors and aromas, the defendant wrongfully sells their orange juice products as "fresh," "squeezed," "100% orange juice," and similar terms as set out more specifically herein.   (See attachments).

87.    Defendant does not attempt to disclose the degree of alteration they make to the product during the processing or addition of "flavor packs."

88.     Plaintiff Veal seeks relief in this action individually, and as a class action on behalf of all purchasers of the defendant's orange juice products for breach of warranty and breach of contract.

## III.    FACTUAL ALLEGATIONS

89.     Plaintiff Veal, and class members, all have in the last six years purchased orange juice products produced, marketed, and sold by the defendant as pure 100% orange juice.

90.     Plaintiff Veal purchased the various products at various times from stores like Target, Wal-Mart, Publix, Winn Dixie, and Bruno's near where he lives in Jefferson and Shelby Counties, Alabama.

91.     Had the plaintiff Veal known the truth about the defendant's orange juice products, he would not have made his purchase choices, and would not have paid the higher value charged for the alleged quality of Florida's Natural's orange juice.

92.     Plaintiff Veal contacted the defendant at their customer service number (888-657-6600) on March 9, 2012 to request a refund and a change in the defendant's representations about their products, but he was rejected.

## IV.    CLASS ACTION ALLEGATIONS

93.     Plaintiff Veal brings this action on his own behalf and on behalf of others similarly situated as a nationwide class action pursuant to Rule 23 of the

Federal Rules of Civil Procedure.  The class which plaintiff seeks to represent is composed of and defined as: All persons who, in the last six years, have purchased orange juice products manufactured, produced, or sold by Florida's Natural as having pure 100% orange juice.

94.     This action has been brought and may properly be maintained as a class action pursuant to the provisions of the Rule 23(a)(l)-(4) and Rule 23(b) of the Federal Rules of Civil Procedure, and satisfies the numerosity, commonality, typicality, adequacy and superiority requirements thereof because:

    a.  The plaintiff class is so numerous that the individual joinder of all members is impracticable under the standard of Fed. R. Civ. P. 23(a)(l).

    b.  Common questions of law and fact exist as to all members of the class, as required by Fed. R. Civ. P. 23(a)(2), and predominate over any questions which affect only individual members of the class within the meaning of Fed. R. Civ. P. 23(a)(2). These common questions of law and fact include, without limitation:

        i.  Whether defendant has engaged in a violation of law as alleged herein;

    ii.  Whether defendant by nature of their wrongful conduct are liable for damages and losses resulting from the conduct alleged herein; and

    iii.  Whether the defendant had a policy and uniform practice with respect to selling falsely advertised orange juice.

c.  Plaintiff's claims are typical of the claims of the members of the class under Fed. R. Civ. P. 23(a)(3). The plaintiff and all members of the class sustained damages arising out of defendants' common course of conduct in violation of law as complained herein. The losses of each member of the class were caused directly by defendants' wrongful conduct in violation of law as alleged herein.

d.  The individual and representative plaintiff will fairly and adequately protect the interests of the class as required by Fed. R. Civ. P. 23(a)(4).  Plaintiff Veal has no interests which are adverse to the interests of the class members. Plaintiff purchased, like the other class members, orange juice products manufactured, produced, marketed, or sold by the defendant. Plaintiff has retained counsel who have substantial experience and success in the prosecution of class action and consumer litigation.

e.  The scheme affected all class members similarly. Plaintiff and all members of the class were treated the same.  As a result, the issues which affect the plaintiff and the class members in common predominate over those which affect only the interest of any particular class member. Thus, common questions of law and fact greatly predominate over questions of law or fact affecting only individual members of the class.

f.  A class action is superior to other available methods for the fair and efficient adjudication of this controversy under Fed. R. Civ. P. 23(b) since individual joinder of all members of the class is impracticable. Furthermore, as the damages suffered by each individual member of the class may be relatively small, the expense and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them. The cost to the court system of adjudication of such individualized litigation would be substantial. Individualized litigation would also present the potential for inconsistent or contradictory judgments and would magnify the delay and expense to all parties and the court system in multiple trials of the factual issues of the case. By contrast, the conduct of this action as a class action presents far fewer

management difficulties, conserves the resources of the parties and the court system, and protects the rights of each class member.

## V.    FIRST CLAIM FOR RELIEF

## BREACH OF EXPRESS WARRANTY

95.    Defendant has expressly and unambiguously warranted under § 2-313 of the Uniform Commercial Code and other states' laws through their marketing, product packaging, and point of sale materials that their orange juice products are "fresh," "squeezed," "100% orange juice," and similar claims as set forth more specifically herein.

96.    By delivering a product that is not, in fact, "fresh," "squeezed," or "100% orange juice," due to its heavily processing and adding "flavor packs" to the juice, the defendants have breached their express warranty made directly to the plaintiff and class members.

97.    Plaintiff and each member of the plaintiff class have suffered damages by being delivered a product worth substantially less than the product as warranted would have been worth.

98.    Plaintiff Veal has made a demand upon the defendant to change their practices and refund the loss experienced by the class, but was rejected.

99.    Wherefore, premises considered, plaintiff Veal and the class demand judgment against the defendant, Florida's Natural, for compensatory damages, plus

interest, costs and such additional relief as the Court may deem appropriate or to which plaintiff and the class may be entitled.

## VI.    SECOND CLAIM FOR RELIEF

## BREACH OF CONTRACT

100.   Defendant has expressly and unambiguously sold orange juice products that are "fresh," "squeezed," "100% orange juice," and similar quality as more specifically set forth herein.

101.   Plaintiffs purchased the defendant's products.

102.   The defendant breached the contracts by delivering a highly processed and "flavor pack" added product that is not "fresh," "squeezed," "100% orange juice," or similar qualified products.

103.   Wherefore, premises considered, plaintiffs and the class demand judgment against the defendant, Florida's Natural, for compensatory damages, plus interest, costs and such additional relief as the Court may deem appropriate or to which plaintiff and the class may be entitled.

## VII.   PRAYER FOR RELIEF

104.   WHEREFORE, the premises considered, plaintiff seeks the following relief:

   a. Following appropriate discovery, an order certifying this cause as a
      nationwide class action pursuant to Fed. R. Civ. P. 23, with

appropriate subclasses as the Court deems appropriate, and notice as applicable to the absent class members, and appointing D. Frank Davis and John E. Norris as class counsel;

b.  A declaration that defendants' nationwide pattern and practice of conduct as alleged herein constitutes a breach of contract and a breach of express warranty with respect to the plaintiffs and the class as a whole;

c.  Appropriate injunctive relief requiring the defendant to stop breaching their express warranties and breaching their agreements as complained herein;

d.  An award of compensatory damages to compensate plaintiff and the class members;

e.  Interest;

f.  Attorneys' fees and costs; and

g.  Such further and different relief as the Court may deem appropriate.

**Plaintiff demands trial by struck jury as to all issues triable by jury.**

/s/ Wesley W. Barnett_____
One of the Attorneys for Plaintiff

**OF COUNSEL:**
D. Frank Davis
John E. Norris
Wesley W. Barnett
Courtney Peinhardt
Andrew S. Herring

Davis & Norris, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
Courtney@davisnorris.com
aherring@davisnorris.com

## <u>CERTIFICATE OF SERVICE</u>

This certifies that the foregoing was electronically filed using the Court's CM/ECF system, which will send notification of such filing to:

John E. Goodman, Esq.
John W. Smith T, Esq.
Ann E. Phelps, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jgoodman@babc.com
jsmitht@babc.com
aphelps@babc.com
Jennifer S. Eden, Esq.
Daniel H. Coultoff, Esq.
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 North Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Email: jeden@lseblaw.com
coultoff@lseblaw.com

/s/ Wesley W. Barnett
One of the Attorneys for Plaintiff

# EXHIBIT A

## Wes Barnett

**From:** Goodman, John E. <jgoodman@babc.com>
**Sent:** Monday, October 22, 2012 10:25 AM
**To:** Wes Barnett
**Subject:** RE: Citrus World

Yes, that's all fine.  We don't oppose you amending on those terms.

**From:** Wes Barnett [mailto:wbarnett@davisnorris.com]
**Sent:** Monday, October 22, 2012 10:20 AM
**To:** Goodman, John E.
**Subject:** RE: Citrus World

That is correct, but to be clear, with your consent we plan to amend the complaint rather than move for leave to amend pursuant to Rule 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent…"). The amendment is to correct incorrect quotations, and do not affect the substance or claims made. We will be responding the your client's motion to dismiss, and are not taking the position that such amendment moots the motion. If this is your understanding, please respond in the affirmative. Thanks,

Wesley W. Barnett, Esq.
DAVIS & NORRIS, LLP

**From:** Goodman, John E. [mailto:jgoodman@babc.com]
**Sent:** Monday, October 22, 2012 10:18 AM
**To:** Wes Barnett
**Subject:** RE: Citrus World

Thanks, Wes.  The defendant does not oppose your motion for leave to amend the complaint, to make what I understand are non-substantive changes.  I understand that plaintiff does not take the position that the amended complaint will moot the pending motion to dismiss, which plaintiff is planning on opposing today.

John

**From:** Wes Barnett [mailto:wbarnett@davisnorris.com]
**Sent:** Monday, October 22, 2012 10:11 AM
**To:** Goodman, John E.
**Subject:** Citrus World

I just wanted to send you an email so you had my email handy. I appreciate you sending the email consenting to the amendment. Thanks,

Wesley W. Barnett, Esq.
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue
Birmingham, Alabama 35205
(205) 930-9900
(205) 930-9976 direct
(866) 731-2307

1

(205) 930-9989 fax
wbarnett@davisnorris.com
www.davisnorris.com

Notice: All information in this Communication, including any file(s), is strictly confidential and intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt from disclosure under applicable law.  If you are not the intended recipient, please take notice that any use, distribution or copying of this Communication, and/or any action taken or omitted to be taken in reliance upon it, is unauthorized and may be unlawful.  If you have received this Communication in error, please notify the sender and delete this Communication from your computer.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

# EXHIBIT B



# Florida's Natural

PREMIUM

**Squeezed From Our Fresh Oranges**
NOT FROM CONCENTRATE

**WITH PULP**
100% Pure Florida Orange Juice
Pasteurized

Product of
USA

# Florida's Natural

**PREMIUM**

Squeezed From Our Fresh Oranges
HOT FROM CONCENTRATE

## 100% ORANGE JUICE

### Nutrition Facts
Serving Size 8 fl oz (240 mL)
Servings Per Container about 7

**Amount Per Serving**

Calories 110

|  |  | % Daily Value* |
|---|---|---|
| Total Fat 0g |  | 0% |
| Sodium 0mg |  | 0% |
| Potassium 450mg |  | 13% |
| Total Carbohydrate 26g |  | 9% |
| Sugars 22g |  |  |
| Protein 2g |  |  |

| Vitamin C 120% | • | Thiamin 10% |
| Niacin 4% | • | Folate 15% |

Not a significant source of calories from fat,
saturated fat, trans fat, cholesterol, dietary
fiber, Vitamin A, calcium and iron.

*Percent Daily Values are based on a 2,000
calorie diet.

**INGREDIENTS: PASTEURIZED ORANGE JUICE.**

**Florida's Natural Growers**
A division of Citrus World, Inc.
A Cooperative Based In
Lake Wales, Florida 33853 Ⓤ

**PRODUCT OF USA**

f Find us on Facebook

Best if used within 7-10 days after opening

Visit us at www.floridasnatural.com

If You Have Any Questions Or Comments,
Please Call Toll-Free 1-888-657-6600

©CW 1420

Florida's Natural
never imports its
orange juice. It's
always 100% Florida.
So you always know
it's delicious.


American Heart Association CERTIFIED


SUSTAINABLE FORESTRY INITIATIVE   Certified Sourcing
www.sfiprogram.org


**RECYCLABLE**
ONLY WHERE FACILITIES EXIST
visit recyclecartons.com to
see if recyclable in your area




0  16300 16565  3


$3.79

OJ HOME SQUEEZE FLA NAT



- [Our Co-Op](#) ✦
- [Our Juices](#) ✦
- [Fun Stuff](#) ✦
- [Contact Us](#)

- [Our Co-Op](#)
-
- [Our Juices](#)
-   - [Our Juices](#) -
    - [Our Carton](#) -
    - [Not-from-Concentrate](#) -
    - [Food Service](#) -
    - [F.A.Q.](#) -
- [Lifestyle](#)
-
- [Fun Stuff](#)
-
- [Contact Us](#)
-
-



# Our Juices





**ORIGINAL ORANGE JUICE**

When you take a closer look at Florida's Natural® Brand, you'll see it's not like any other juice. Our grower family works hard to bring the finest juice right from our groves to your table. Available in a crystal clear 89oz pitcher that let's everyone have just a little bit more.

- Home |
- The Grove Store |
- Videos |
- Downloads |
- Sitemap |
- Employment |
- Disclosure

©2012 Citrus World, Inc.